UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

- v -

JOSHUA RODRIGUEZ,

Defendant.

19 Cr. 12 (VSB)

**[PROPOSED] ORDER**

Upon review of defendant's letter motion, it is hereby:

ORDERED that Grainne E. O'Neill, Esq. be appointed to represent Joshua Rodriguez in the above-captioned matter, pursuant to the Criminal Justice Act, *nunc pro tunc,* to April 1, 2020.

SO ORDERED:

_____
Vernon S. Broderick
United States District Judge

Dated: New York, New York

May __8__, 2020