**O'NEILL / HASSEN**  Attorneys at Law

February 24, 2021

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J. 2/24/2021

RE: *United States v. Joshua Rodriguez,* 19 Cr. 12 (VSB)

Dear Judge Broderick:

  I am writing to request that Mr. Rodriguez's passport be returned to him. Mr. Rodriguez was required to surrender his United States passport as a condition of his bond, and his bond is no longer in effect. As such, I request that Mr. Rodriguez's passport be returned to him.

  I thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/

            Grainne E. O'Neill

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA