# O'NEILL / HASSEN

Attorneys at Law

August 2, 2021

VIA ECF and Email
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/4/2021

RE: *United States v. Joshua Rodriguez,* 19 Cr. 12 (VSB)

Dear Judge Broderick:

    I am writing to request reappointment in this case, *nunc pro tunc* to June 4, 2020 to account for materials that I sent to Mr. Rodriguez and the motion that I filed for a return of Mr. Rodriguez's passport. I had thought that I could file this as a supplemental voucher, but the CJA clerks inform me that I must have an order reappointing me in order to file this voucher.

    Mr. Rodriguez is doing well on supervised release. He is working at Union Beverage Packer and maintains a good relationship with his probation officer.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Joshua Rodriguez*

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 7CEB 7E03 1B1B 82FA