# O'NEILL / HASSEN

Attorneys at Law

May 23, 2022

VIA ECF and Email
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   05/24/22

RE: *United States v. Joshua Rodriguez,* 19 Cr 12 (VSB)

Dear Judge Broderick:

    I write to the Court with a hopeful request for the early termination of Mr. Rodriguez's probation. Since his release from incarceration, Mr. Rodriguez has been gainfully employed and has maintained an excellent relationship with his probation officer. Mr. Rodriguez has tested negative on all drug tests and has promptly attended all appointments, in short he has been a model probationer since his release. The government has no objection to the early termination of Mr. Rodriguez's probation.

    After release from prison, Mr. Rodriguez began working as a cleaner at L&L Janitorial from October 2020 – January 2021. He then got a new position in New Jersey at Union Beverage working to weigh the ingredients of beverages. He worked at Union Beverage from February 2021 until December of 2021. Since December of 2021 he has worked at New Millennium Deli and Grocery Corps. Mr. Rodriguez's probation officer, Sonalez Gonzalez writes, "Mr. Rodriguez was transferred to low intensity supervision on 11/1/2021. Since that date, [he has had] no new arrest or positive drug test. Mr. Rodriguez is in full compliance [with the terms of probation]. He continues to [work] full-time at New Deli grocery (cashier) and earns $700 per week. The Probation Office has no objections to his request for early termination of supervised release." The government after discussion with probation, has no objection to the request and is glad to hear that "Mr. Rodriguez has done so well on supervision and fervently hopes he continues on this path."

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Joshua Rodriguez*

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA